```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUBEN GIOVANNI PORTELLI, *et al.*,

          Plaintiffs,

-v-

LOREN K. MILLER, *et al.*,

          Defendants.

**ORDER**

25-CV-6333 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure ("Rule 4(m)"), Plaintiffs were required to complete service within 90 days of filing the complaint. If Plaintiffs believe they have done so, they must file proof of service on the docket by **November 17, 2025**. Otherwise, the action will be dismissed without prejudice under Rule 4(m).

**SO ORDERED.**

Dated: November 3, 2025
      New York, New York

                                                                      Henry J. Ricardo
                                                                     United States Magistrate Judge